**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| **DOUGLAS GOODE, SR, Individually and for Others Similarly Situated,**<br><br>**Plaintiff,**<br>**v.**<br><br>**GFL OF VIRGINIA, LLC.,**<br><br>**Defendant.** | **Civil Action No. 3:26-cv-00893-REP** |

**NOTICE OF RULE 41 DISMISSAL OF PLAINTIFF WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff Douglas Goode Sr. files this notice of voluntary dismissal hereby dismissing this action without prejudice.

Dated: October 12, 2026

Respectfully submitted,

s/ *Zev Antell*


Zev H. Antell (VSB No. 74634)
Harris D. Butler, III (VSB No. 26483)
Craig J. Curwood (VSB No. 43975)
140 Virginia Street, Suite 302
Richmond, VA 23219
Telephone: (804) 648-4848
Email: zev@butlercurwood.com
harris@butlercurwood.com
craig@butlercurwood.com


*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2026, the foregoing will be filed electronically with the ECF filing system which will notify all counsel of record.

*/s/ Zev Antell*
Zev Antell